**FILED**
May 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                       )<br>            Plaintiff,                          )<br>v.                                                   )<br>                                                       )<br>JEREMIAH ANDREW MARTIN ,  )<br>                                                       )<br>            Defendant.                       ) | Case No. 2:10-CR-0191-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JEREMIAH ANDREW MARTIN, Case No. 2:10-CR-0191-JAM, Charge Title 18 USC § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ 75,000 ($50,000 unsecured, $25,000 secured)

        _X_   Unsecured Appearance Bond $50,000 - Co-signed

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    _X_   (Other)        with pretrial supervision and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 28, 2010  at    2:20    pm .

By  _____
Kendall J. Newman
United States Magistrate Judge