1  COURTNEY J. LINN (STATE BAR NO. 148855)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4497
3  Telephone:  (916) 447-9200
   Facsimile:  (916) 329-4900
4  Email:      clinn@orrick.com

5  ROBERT J. BARRERA (Pro Hac Vice)
   CHRIS K. GOBER (Pro Hac Vice)
6  NICHOLAS AND BARRERA, P.C.
   424 E. Nueva
7  San Antonio, TX 78205
   Telephone:  (210) 224-5811
8  Facsimile:  (210) 224-5890
   Email:      bobby@nablawoffices.com
9              chriskgober@yahoo.com

10 Attorneys for Defendant
   Jeremiah Andrew Martin
11

12                     UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                          SACRAMENTO DIVISION

15

16  UNITED STATES OF AMERICA,              Case No. 2:10-CR-0191-JAM

17            Plaintiff,                   **WAIVER OF APPEARANCE**

18       v.

19  JEREMIAH ANDREW MARTIN,

20            Defendant.

1 | Defendant Jeremiah Andrew Martin hereby waives the right to be present in person in
2 | open court upon the hearing of any motion or other proceeding in this case, including when the
3 | case is set for trial, when a continuance is ordered, and when any other action is taken by the
4 | court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of
5 | sentence.

6 | Defendant hereby requests the court to proceed during every absence of his which the
7 | court may permit pursuant to this waiver; agrees that his interests will be deemed represented at
8 | all time by the presence of his attorney, the same as if defendant were personally present; and
9 | further agrees to be present in person in court ready for trial on any day which the court may fix
10 | in his absence.

11 | Dated: September 7, 2010          By:   /s/ Jeremiah Andrew Martin

13 | Dated: September 8, 2010          By:   /s/ Courtney J. Linn

15 | **IT IS SO ORDERED.**
16 | Dated: September 9, 2010

Honorable John A. Mendez
Judge, United States District Court

OHS West:260980324.1                                      WAIVER OF APPEARANCE
                                                          2:10-CR-0191-JAM