UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

JUN 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE: **Jeremiah Andrew MARTIN**
Docket Number: 2:10CR00191-01
<u>REQUEST TO CHANGE JUDGMENT AND
SENTENCE TO STATUS CONFERENCE</u>

Your Honor:

Mr. Martin is scheduled for Judgment and Sentencing on July 19, 2011. However, he may be called as a witness at the trials of codefendants, and the trial dates have not been set. As such, the government will not be able to fully determine its recommendation until after the remaining defendants have resolved their cases.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing be changed to a Status Conference and continued to January 10, 2012, at 9:30 a.m.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the presentence report.

Respectfully submitted,

**HUGO ORTIZ**
United States Probation Officer

REVIEWED BY:

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated: June 6, 2011
Sacramento, California

1

RE: Jeremiah Andrew Martin
Docket Number: 2:10CR00191-01
REQUEST TO CHANGE JUDGMENT AND
SENTENCE TO STATUS CONFERENCE

cc: Clerk, United States District Court
Matthew C. Stegman, Assistant United States Attorney
Chris K. Gober, Attorney at Law
Probation Office Calendar Clerk

__✓__ Approved

_____ Disapproved

JOHN A. MENDEZ
United States District Judge

6-7-11

Date