# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JEREMIAH A. MARTIN, et al
Defendants.

No. 2:10-CR-0191 JAM

**ORDER FOR PARTIAL RETURN OF BOND MONEY**

_____

THIS MATTER, having come before the Court, on the Defendant's Unopposed Motion for Partial Release of Bond Money. This Court, having duly considered said Motion, is of the opinion that it should be, and hereby is, in all things:

[X] GRANTED          [ ] DENIED

IT IS THEREFORE ORDERED that the United States District Clerk is to issue a check to defendant's counsel, Chris Gober, in the amount of $7,500.00, which amount represents a partial return of bond money deposited with the Court Registry, and said deposit evidenced by receipt number CAE200026579.

IT IS SO ORDERED.

Signed and entered on this 1st day of November, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE