BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH MARTIN,<br><br>Defendants. | CASE NO.  2:10-cr-00191 JAM<br><br>**AMENDED STIPULATION TO CONTINUE JUDGMENT AND SENTENCING;  ORDER** |

The United States of America, through the undersigned Assistant United States Attorney, and defendant Jeremiah Martin, through his undersigned counsel of record, hereby stipulate and request the following:

1.     This matter is set on the Court's calendar for judgment and sentencing of Mr. Martin on March 11, 2014.

2.     Co-defendants Darrin Johnston and Todd Smith, who have pled guilty, were previously set for judgment on sentencing on March 4, 2014.  The Probation Officer assigned to the case has requested additional time to prepare the presentence investigation report for Mr. Johnston and Mr. Smith, and, upon the Probation Office's request, the Court thereafter continued the judgment and sentencing for Mr. Johnston and Mr. Smith to June 3, 2014.

Stipulation re Judgment and Sentencing; Proposed Order

1

3. Counsel for Mr. Martin has contacted the undersigned counsel for the United States and has requested that Mr. Martin's judgment and sentencing trail that of Mr. Smith and Mr. Johnston by one week or more.

4. The United States informed Mr. Martin's counsel that it did not object to continuing Mr. Martin's judgment and sentencing to June 10, 2014.  Counsel for the United States has also contacted the assigned Probation Officer who also does not object to continuing Mr. Martin's sentencing date.

5. Accordingly, by and through this stipulation, Mr. Martin requests that his judgment and sentencing be continued to June 10, 2014 at 9:45 a.m., and that the dates for formal objections and sentencing memoranda be reset based on the date of June 10, 2014, all of which the United States does not oppose.

IT IS SO STIPULATED.

DATED:  March 5, 2014                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                          By:        */s/ Todd A. Pickles*
                                                     TODD A. PICKLES
                                                     Assistant U.S. Attorney

DATED: March 5, 2014                      By:        */s/ Todd A. Pickles for*
                                                     CHRISTOPHER GOBER, ESQ.

                                                     Attorney for Jeremiah Martin

Stipulation re Judgment and Sentencing; Proposed Order

2

## [PROPOSED] ORDER

For the reasons stated in the parties' stipulation and for good cause showing, the Court hereby ORDERS the judgment and sentencing of defendant Jeremiah Martin be continued to June 10, 2014 at 9:45 a.m.  The dates for formal objections and sentencing memoranda as set forth under the Court's Local Rules apply from the date of June 10, 2014.

IT IS SO ORDERED.

DATED: 3/7/2014

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge
Eastern District of California