BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMIAH MARTIN, <br><br> Defendant. | CASE NO. 2:10-CR-00191 JAM <br><br> STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND HEARING ON RESTITUTION; ORDER <br><br> DATE: October 21, 2014 <br> TIME: 9:30 a.m. <br> COURT: Hon. John A. Mendez |

The United States of America, through the undersigned Assistant United States Attorney, and defendant Jeremiah Martin, through his undersigned counsel of record, hereby stipulate and request the following:

1. This matter is set on the Court's calendar for judgment and sentencing of Mr. Martin on October 21, 2014.

2. Judgment and sentencing for co-defendants Darrin Johnston and Todd Smith, who have pled guilty, is set for October 21, 2014.

3. Counsel for Mr. Martin has contacted the undersigned counsel for the United States and has requested that Mr. Martin's judgment and sentencing trail that of Mr. Smith and Mr. Johnston by one week or more.

4. The United States informed Mr. Martin's counsel that it did not object to continuing Mr. Martin's judgment and sentencing to February 10, 2015.

1

    5.    Accordingly, by and through this stipulation, Mr. Martin and the United States request that Mr. Martin's judgment and sentencing be continued to February 10, 2015 at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  October 16, 2014　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/  *Todd A. Pickles*
　　　　　　　　　　　　　　　　　　　　　　　　　TODD A. PICKLES
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated:  October 16, 2014　　　　　　　　　　　　　/s/ *Courtney Linn*
　　　　　　　　　　　　　　　　　　　　　　　　　COURTNEY LINN
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Jeremiah Martin

///

///

///

///

**ORDER**

For the reasons stated in the parties' stipulation and for good cause showing, the Court hereby ORDERS the judgment and sentencing of defendant Jeremiah Martin be continued to February 10, 2015 at 9:30 a.m.

IT IS SO ORDERED this 16th day of October, 2014.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3