IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED

MAY 2 5 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § § § § | |
| | § | No. 2:10-CR-0191 JAM |
| vs. | § § | |
| JEREMIAH ANDREW MARTIN<br>Defendant | § § § | |

## MOTION FOR RETURN OF BOND MONEY

Defendant, JEREMIAH A. MARTIN, on behalf of his father Richard P. Martin, by and through Defendant's Undersigned Counsel, files this Motion for Return of Bond Money and for cause would show the Court as follows:

Defendant Jeremiah Andrew Martin was sentenced to nine months imprisonment on September 1, 2015, for his convictions on charges of Mail Fraud, and Conspiracy to Commit Money Laundering.

Thereafter, as directed by this Court, the Defendant self-surrendered for service of his sentence. The Defendant is currently confined in the B.O.P. facility at Bastrop, Texas.

On June 23, 2010, the Defendant's father, Richard P. Martin, posted $17,500.00 with the Clerk of this Court (receipt number CAE200027257) to secure his son's pre-trial release. Defendant respectfully submits, the conditions, and terms of his bond have now been fulfilled, and the $17,500.00 held by the Clerk of this Court should rightfully be returned to his father Richard P. Martin.

Defendant would further show that undersigned counsel has on multiple occasions contacted Assistant United States Attorney Todd Pickles, the prosecutor responsible for representing the interests of the United States in the above numbered and styled cause, to confer "as required by the local rules of this Court" to obtain his statement of non-opposition. Mr. Pickles has not responded.

Defendant respectfully requests the Court grant the instant Motion for Return of Bond Money and direct the United States District Clerk to issue a check to Richard P. Martin, in the amount of $17,500.00, representing the release of funds deposited with the Court Registry, evidenced by receipt number CAE200027257.

RESPECTFULLY SUBMITTED,

CHRIS K. GOBER, ATTORNEY AT LAW, P.C.
424 E. Nueva Street
San Antonio, Texas 78205
(210) 224-5811
(210) 224-5890

/S/   Chris K. Gober
State Bar No. 08046180
Attorney for Defendant
Jeremiah A. Martin

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2016, a true and correct copy of the above and foregoing *Motion for Return of Bond Money* was electronically filed with the Clerk of the court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant: Mr. Todd Pickles, Assistant United States Attorney.

/S/   Chris K. Gober
CHRIS K. GOBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEREMIAH A. MARTIN, et al<br>Defendants. | §<br>§<br>§<br>§   No. 2:10-CR-0191 JAM<br>§<br>§<br>§<br>§ |

## ORDER FOR RETURN OF BOND MONEY

THIS MATTER, having come before the Court, on the Defendant's Motion for Return of Bond Money. This Court, having duly considered said Motion, is of the opinion that it should be, and hereby is, in all things:

[X] GRANTED         [ ] DENIED

IT IS THEREFORE ORDERED that the United States District Clerk is to issue a check to Richard P. Martin, in the amount of $17,500.00, which amount represents a return of bond money deposited with the Court Registry, and said deposit evidenced by receipt number CAE200027257.

IT IS SO ORDERED.

Signed and entered on this 24th day of May, 2016.

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE